Submitted on record and briefs January 24, reversed and remanded for
reconsideration February 26, 1992

In the Matter of the Compensation of
Lorie J. Kelley, Claimant.

Lorie J. KELLEY,
*Petitioner,*

*v.*

WOODEN TOY MANUFACTURERS
and SAIF Corporation,
*Respondents.*

(89-01778; CA A66593)

825 P2d 294

J. David Kryger, Emmons, Kropp, Kryger, Alexander &
Egan, P.C., Albany, and Karen M. Werner, Eugene, filed the
brief for petitioner.

Charles S. Crookham, Attorney General, Virginia L. Lin-
der, Solicitor General, and David L. Runner, Assistant Attor-
ney General, filed the brief for respondents.

Before Joseph, Chief Judge, and Deits and Durham,
Judges.

PER CURIAM

**PER CURIAM**

Employer concedes that this case should be remanded to the Workers' Compensation Board for redetermination of whether claimant's attorney is entitled to an insurer-paid attorney fee under ORS 656.386(1). We accept the concession. *Jones v. OSCI*, 108 Or App 230, 814 P2d 558 (1991).

Reversed and remanded for reconsideration.